**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                              21 CR. 262 (RMB)
   -against-

                                                            **ORDER**

ALEJANDRO OSARIO,
                Defendants.
------------------------------------------------------------X

The Court will hold a status conference on Tuesday, March 29, 2022 at 10:30 AM.

In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0262

Dated: March 15, 2022
         New York, NY

                                                          RICHARD M. BERMAN
                                                            U.S.D.J.