Case 1:21-cr-00262-RMB   Document 58   Filed 03/28/22   Page 1 of 1



# COHEN FORMAN BARONE, LLP
## AN EXPERIENCED LAW FIRM

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
| --- | --- | --- |
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

March 28, 2022

Hon. Richard M. Berman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/22

**Re:** **United States v. Gonzalez 21-cr-00262 (RMB)**

Dear Honorable J. Richard M. Berman,

    As counsel for Alejandro Osario, I write this letter as a request for a change in the telephonic status conference set for Tuesday, March 29, 2022, to an in person change of plea hearing for April 13, 2022, at 12:30pm. The government has no objection to the request that the change of plea hearing be in person.

    The defense agrees that time should be tolled pursuant to the Speedy Trial Act, as the defendant is preparing to formally enter a guilty plea on the adjourn date.

Respectfully,

/S/

David J. Cohen, Esq.
Cohen Forman Barone, LLP.

---

*Application granted. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.*

SO ORDERED:
Date: 3/29/22
/s/ Richard M. Berman
Richard M. Berman, U.S.D.J.