**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

                                                  21 CR. 262 (RMB)

   -against-

                                                  **ORDER**

ALEJANDRO OSARIO,
                Defendants.
------------------------------------------------------------X

The proceeding scheduled for Wednesday, April 13, 2022 at 12:30 will be held in Courtroom 17B.

Dated: April 6, 2022
       New York, NY

                                                  RICHARD M. BERMAN
                                                  U.S.D.J.