www.cfblaw.com

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE |
|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com |

June 24, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/22
```

Hon. Richard M. Berman
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Gonzalez, et al.  21-cr-00262 (RMB)

Dear Honorable J. Richard M. Berman,

I am counsel representing Alejandro Osario, co-defendant in the above-referenced matter. I am respectfully requesting a thirty to forty five-day (30-45) adjournment of the sentencing in this matter currently scheduled for August 2, 2022.

Counsel has a hearing scheduled for August 2, 2022 in the District Court of New Jersey before Honorable J. Michael Vazquez, and the next available date for that hearing would not be until October, 2022. Consequently, defense counsel respectfully requests an adjournment of Mr. Osario's sentencing until after September 5, 2022, with the exception of September 7 and September 13.

Respectfully,

/S/

David Jason Cohen, Esq.
Cohen Forman Barone, LLP
david@cfblaw.com

> The sentence is adjourned to 9/6/22 at 9:00 am. Defense submission is due 8/17/22. Government submission is due 8/24/22.
>
> SO ORDERED:
> Date: 6/28/22  Richard M. Berman
> Richard M. Berman, U.S.D.J.