UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

                                                                               21 CR. 262 (RMB)

   -against-

                                                                              **ORDER**

ALEJANDRO OSARIO,
            Defendants.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Tuesday, September 6, 2022 at 9:00 AM will be held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0262

Dated: September 1, 2022
       New York, NY

                                                            RICHARD M. BERMAN
                                                                    U.S.D.J.