**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                              Government,           :         21 CR 262 (RMB)
                                                   :
        - against -                                :         **ORDER**
                                                   :
                                                   :
ALEJANDRO OSARIO,                                  :
                                                   :
                              Defendant.            :
-------------------------------------------------------------x

        The supervised release hearing scheduled for Monday, January 5, 2026 at

11:00 A.M. will take place in Courtroom 17B.


Dated: December 29, 2025
        New York, NY


_____
        **RICHARD M. BERMAN**
              **U.S.D.J.**