**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                     :

           Government,     :     21 Cr. 262 (RMB)

                     :

    - against -            :     **ORDER**

                     :

                     :

ALEJANDRO OSARIO,         :

                     :

          Defendant.     :
-----------------------------------------------------------------x

       The supervised release hearing scheduled for January 27, 2026 at 12:00 P.M. will take place in Courtroom 17B.

Dated: January 22, 2026
      New York, NY

                                         **RICHARD M. BERMAN**
                                           **U.S.D.J.**