**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,                                :
                                                         :
                Government,                  :      21 Cr. 262 (RMB)
                                                         :
     - against -                                      :      **ORDER**
                                                         :
                                                         :
ALEJANDRO OSARIO,                                        :
                                                         :
                Defendant.                  :
-------------------------------------------------------------------x

     The supervised release hearing scheduled for February 19, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: February 11, 2026
      New York, NY

                                                    **RICHARD M. BERMAN**
                                                        **U.S.D.J.**