**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

UNITED STATES OF AMERICA,         :

                                   :

               Government,     :         21 Cr. 262 (RMB)

                                   :

       - against -           :         **ORDER**

                                   :

ALEJANDRO OSARIO,           :

                                   :

               Defendant.     :

------------------------------------------------------------------x

       The supervised release hearing is scheduled for March 23, 2026 at 10:00 A.M. in Courtroom 17B.

Dated: March 12, 2026
      New York, NY

                                            **RICHARD M. BERMAN**
                                              **U.S.D.J.**