**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :
                                                    :
                         Government,      :        21 Cr. 262 (RMB)
                                                    :
       - against -                               :        **ORDER**
                                                    :
                                                    :
ALEJANDRO OSARIO,                                   :
                                                    :
                     Defendant.      :
-------------------------------------------------------------x

       The supervised release hearing scheduled for April 23, 2026 at 10:00 A.M. will take place in Courtroom 17B.

Dated: April 17, 2026
      New York, NY

                                    **RICHARD M. BERMAN**
                                         **U.S.D.J.**