**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

UNITED STATES OF AMERICA,                      :
                                                                     :
                                    Government,        :        21 CR. 262 (RMB)
                                                                     :
                - against -                                  :        **ORDER**
                                                                     :
                                                                     :
ALEJANDRO OSARIO,                               :
                                                                     :
                                    Defendant.          :
------------------------------------------------------------------x


        The supervised release hearing scheduled for Wednesday, June 10, 2026 at

11:00 A.M. will take place in Courtroom 17B.



Dated: June 3, 2026
            New York, NY


                                                        _____
                                                                RICHARD M. BERMAN
                                                                        U.S.D.J.