**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

UNITED STATES OF AMERICA, :

:

Government, : 21 Cr. 262 (RMB)

:

\- against - : **ORDER**

:

:

ALEJANDRO OSARIO, :

:

Defendant. :

----------------------------------------------------------------x

The supervised release hearing scheduled for September 10, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: September 3, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**