**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Government,<br>- against -<br>ALEJANDRO OSARIO,<br>Defendant. | 21 Cr. 262 (RMB)<br>**ORDER** |

The supervised release hearing previously scheduled for September 10, 2026 at 11:00 AM is adjourned to September 10, 2026 at 1:30 p.m. in courtroom 17B.

Dated: September 9, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**